# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC, | |
| Plaintiff, | Case No. 6:19-cv-00728-ADA |
| v. | |
| ITRON, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## ITRON, INC.'S UNOPPOSED MOTION FOR
## INTRA-DISTRICT TRANSFER PURSUANT TO § 1404(A)

For the convenience of the parties and witnesses, Defendant Itron, Inc. hereby moves to transfer this case from the Waco Division to the Austin Division of the Western District of Texas pursuant to 28 U.S.C. § 1404(a) with the understanding that the case will remain on the docket of the Honorable Alan D Albright.

Plaintiff BCS Software does not oppose this request.

Therefore, Defendant respectfully requests that the case be transferred from the Waco Division to the Austin Division of the Western District of Texas and remain on the docket of the Honorable Alan D Albright.

Dated:  June 25, 2020

Respectfully submitted,

By: */s/ John M. Guaragna*
John M. Guaragna
Texas Bar No. 24043308
Brian K. Erickson
Texas Bar No. 24012594
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: 512.457.7125

1

Fax: 512.457.7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

Dawn M. Jenkins
Texas Bar No. 24074484
dawn.jenkins@dlapiper.com
**DLA PIPER LLP**
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Tel. 713.425.8400
Fax. 713.425.8401

*ATTORNEYS FOR DEFENDANT*
*ITRON, INC.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), counsel for the parties have conferred and plaintiff consents to the relief sought in this motion.

*/s/  John M. Guaragna*
John M. Guaragna

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on June 25, 2020, pursuant to Local Rule CV-5(a) and has been served on all counsel whom have consented to electronic service.  Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/  John M. Guaragna*
John M. Guaragna

2